*E-Filed 5/27/10*

JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LISA ISOKEN ODJEGBU, ) | No. C 10-0111 RS |
|         Plaintiff, ) | |
|     v. ) | **STIPULATION TO DISMISS; AND** |
| ) | **[PROPOSED] ORDER** |
| FRANCIS D. SICILIANO, Officer-in-Charge, ) | |
| USCIS San Jose Sub-Office; ROSEMARY ) | |
| MELVILLE, District Director, USCIS San ) | |
| Francisco District Office; ALEJANDRO ) | |
| MAYORKAS, U.S. Citizenship and Immigration ) | |
| Services; JANET NAPOLITANO, Secretary, ) | |
| U.S. Department of Homeland Security; ) | |
| ERIC H. HOLDER, Jr., U.S. Attorney General; ) | |
| ROBERT S. MUELLER, III, Director, Federal ) | |
| Bureau of Investigation, ) | |
|         Defendants. ) | |

    Plaintiff, by and though her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so within 90-days of the dismissal of this action. See 8 U.S.C. § 1447(b).

///

///

Stipulation to Dismiss
C 10-0111 RS                                                            1

Each of the parties shall bear their own costs and fees.

Dated: May 26, 2010                                    Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: May 26, 2010                                    _____/s/_____
ROBERT B. JOBE
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   May 27, 2010                                    _____
RICHARD SEEBORG
United States District Judge

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 10-0111 RS                                                    2